1

2

CHAD HATFIELD WSBA #38040
Attorney at Law
Hatfield Law, PLLV
8131 W Klamath Ct, Ste D
Kennewick, WA 99336
Telephone: (509) 378-3696
Fax: (855) 945-0946
Attorney for Plaintiff

3

4

5

6

7

8

9

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

10

11

BERTHA ESPAIN,

12

      Plaintiff,

Case No. 2:24-cv-00167-AR

13

14

vs.

15

COMMISSIONER OF SOCIAL
SECURITY,

ORDER AUTHORIZING
ATTORNEY FEES PURSUANT
TO 42 U.S.C. §406(b)

16

17

      Defendant.

18

19

20

     Plaintiff was awarded at least $84,872 in backpay.  Twenty-five percent of

21

the backpay is $21,218.  Counsel for Plaintiff will petition for §406(a)

22

administrative fees from the Social Security Administration on this claim in the

23

24

amount of $4,263.13, and has previously been awarded EAJA attorney fees from

this Court in the amount of $4,263.13.

25

ORDER AUTHORIZING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)-1

Plaintiff requests this Court grant §406(b) attorney fees in the amount of $21,218.  This Court finds that §406(b) attorney fees in the amount of $21,218 are a reasonable attorney fee and hereby awards Chad Hatfield, attorney for plaintiff, §406(b) attorney fees in the amount of $21,218.  An offset of $4,263.13 for EAJA attorney fees will be taken leaving a net §406(b) payable to Mr. Hatfield of $16,954.87.

It is hereby ORDERED that §406(b) attorney fees are awarded to Mr. Hatfield in the amount of $21,218 and with an offset of $4,263.13 for previously paid EAJA fees, leaving a net attorney fee due Mr. Hatfield of $16,954.87.

IT IS SO ORDERED this 15th day of January, 2026.

_____
Honorable Jeff Armistead
United States Magistrate Judge

Presented by:
s/ CHAD HATFIELD  WSBA #38040
Attorney for Plaintiff
8131 W Klamath Ct Ste D
Kennewick, WA 99336
Telephone: (509) 378-3696
Fax: (855) 945-0946

ORDER AUTHORIZING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)-2